UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANE GROW, | ) | 3:07-CV-0105-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | April 21, 2008 |
| | ) | |
| ADAM GARCIA, an individual, TODD RENWICK, an individual, KEVIN YOUNGFLESH, an individual, ED RINNE, an individual, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

  Plaintiff has filed a Motion to Strike Motion to Compel; Alternative Request for Additional Time to Oppose (Doc. #56). Defendants have opposed the Motion (Doc. #57) and Plaintiff has replied (Doc. #58).

  IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Motion to Compel (Doc. #56) is <u>DENIED</u>.

  IT IS FURTHER ORDERED that Plaintiff shall have ten (10) days from the date of this order in which to file a response to Defendants' Motion to Compel Responses to Requests for Production of Documents (Third Set) and Answers to Interrogatories (Doc. #55).

                LANCE S. WILSON, CLERK

                By:   /s/
                  Deputy Clerk