1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9  LANE GROW,
                                              CASE NO. 3:07-cv-00105-LRH-RAM
10         Plaintiff,
                                              STIPULATION AND ORDER FOR
11 vs.                                        ENLARGEMENT OF TIME
12 ADAM GARCIA, an individual,
   TODD RENWICK, an individual,
13 KEVIN YOUNGFLESH, an
   individual, ED RINNE, an
14 individual
15         Defendant.
                                   /
16
         The parties through their undersigned counsel of record hereby stipulate and agree that
17
   the time in which Plaintiff shall have to file his opposition to Defendant Youngflesh's Motion
18
   for Summary Judgment (Docket 94) may and should be enlarged from its current due date,
19
   of January 4, 2009 to and including January 18, 2009. Good cause exists for the requested
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

relief in that Mr. Dickerson is currently on holiday and is not expected to return to the office until January 5, 2009.

APPROVED AS TO FORM AND CONTENT

DATED _____                    DATED  12-29-08

LAW OFFICE OF                          CATHERINE CORTEZ MASTO
JEFFREY A. DICKERSON                   ATTORNEY GENERAL

/S/
JEFFREY A. DICKERSON                   KERRY A. BENSON
Counsel for Plaintiff                  Counsel for Defendant KevinYoungflesh

ORDER

IT IS SO ORDERED this 30th day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE