UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LANE GROW,

    Plaintiff,

vs.

ADAM GARCIA, an individual,
TODD RENWICK, an individual,
KEVIN YOUNGFLESH, an individual, ED RINNE, an individual

    Defendant.
_____/

CASE NO. 3:07-cv-00105-LRH-RAM

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME

    The parties through their undersigned counsel of record hereby stipulate and agree that the time in which Plaintiff shall have to file his opposition to Defendants Adam Garcia, Todd Renwich and Ed Rinne's Motion for Summary Judgment may and should be enlarged from its

///
///
///
///
///
///
///
///
///

1  current due date, of January 4, 2009 to and including January 18, 2009.  Good cause exists
2  for the requested relief in that Mr. Dickerson is currently on holiday and is not expected to
3  return to the office until January 5, 2009.

**APPROVED AS TO FORM AND CONTENT**

DATED _____                    DATED 12/29/08

LAW OFFICE OF                        NEVADA SYSTEM OF
JEFFREY A. DICKERSON                 HIGHER EDUCATION

/S/                                  
JEFFREY A. DICKERSON                 FRANK ROBERTS
Counsel for Plaintiff                Counsel for Defendants Adam Garcia
                                     Ed Rinne and Todd Renwick

## ORDER

IT IS SO ORDERED this 30th day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JAD/kdd/grow/enlrg time opp mjs stip nshe                    2