UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LANE GROW,

    Plaintiff,

vs.

ADAM GARCIA, an individual,
TODD RENWICK, an individual,
KEVIN YOUNGFLESH, an
individual, ED RINNE, an
individual

    Defendant.

_____/

CASE NO.  3:07-cv-00105-LRH-RAM

STIPULATION AND ORDER FOR
ENLARGEMENT OF TIME
(THIRD REQUEST)

    The parties through their undersigned counsel of record hereby stipulate and agree that the time in which Plaintiff shall have to file his opposition to Defendants' Motions for Summary Judgment (Dockets 94 and 95) may and should be enlarged from its current due date, of

///
///
///
///
///
///
///
///
///
///

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite 11
Reno, NV. 89521
(775) 786-6664

1    February 2, 2009 for a period of two weeks to and including February 16, 2009.

2    No further extension will be sought.

3                       **APPROVED AS TO FORM AND CONTENT**

4    DATED _____           DATED 2-2-09

5    LAW OFFICE OF              CATHERINE CORTEZ MASTO
       JEFFREY A. DICKERSON         ATTORNEY GENERAL

6

7    /S/
       JEFFREY A. DICKERSON         KERRY A. BENSON
       Counsel for Plaintiff            Counsel for Defendant Kevin Youngflesh

8

9                       NEVADA SYSTEM OF
                          HIGHER EDUCATION

10

11                       FRANK ROBERTS
                          Counsel for Defendants Adam Garcia
                          Ed Rinne and Todd Renwick

12

13                           **ORDER**

14      IT IS SO ORDERED this 3rd day of February, 2009.

15

16

17

18

19      _____
       LARRY R. HICKS

20      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV, 89521
(775) 786-6664