1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

★ ★ ★ ★ ★

LANE GROW,

                Plaintiff,

    vs.

ADAM GARCIA, an individual, TODD
RENWICK, an individual, KEVIN
YOUNGFLESH, an individual, ED RINNE, an
individual,

                Defendants.

                             /

No.: **3:07-CV-00105-LRH-RAM**

**STIPULATION TO EXTEND
PLAINTIFF'S TIME TO
OPPOSE DEFENDANTS'
RENEWED MOTION FOR
SUMMARY JUDGEMNT**
AND ORDER

      Plaintiff, LANE GROW, in pro se, and Defendants ADAM GARCIA, TODD RENWICK,

and EDWARD RINNE, by and through their counsel, Frank H. Roberts, UNR Assistant General

Counsel, hereby stipulate that Plaintiff's time to respond to Defendants' Renewed Motion for

Summary Judgment (Doc #133), may be extended as follows:

**Bases for extension**

      Plaintiff has requested this stipulation on the asserted bases that he has not received all his

file materials from his former attorney and is still in the process of seeking another attorney to

represent him.

**Thirty day extension**

It is hereby stipulated and agreed, Plaintiff shall have thirty days from the date of this stipulation to and including November 16, 2009, to file his response to Defendants' Renewed Motion for Summary Judgment (Doc #133).

DATED this 14th day of October, 2009.

LANE J. GROW
2645 MARGARET DRIVE
RENO, NV 89506
(775) 722-3062

*Plaintiff, in pro se*

FRANK H. ROBERTS
Assistant General Counsel
Nevada Bar No. 914
University and Community College
System of Nevada
2601 Enterprise Road
Reno, Nevada  89512
(775) 784-4901 ext. 240
(775) 784-1127

*Attorney for Defendants*

**IT IS SO ORDERED**

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  October 20, 2009.

-2-