FRANK H. ROBERTS
Assistant General Counsel
University of Nevada
Nevada Bar No. 914
1664 N. Virginia Street/MS 550
Reno, Nevada  89557-0550
(775) 784-3495
(775) 327-2202  fax
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANE GROW, | **No.: 3:07-CV-00105-LRH-RAM** |
| Plaintiff, | |
| vs. | **ERRATUM TO REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT, Doc. #133** |
| ADAM GARCIA, an individual, TODD RENWICK, an individual, KEVIN YOUNGFLESH, an individual, ED RINNE, an individual, | |
| Defendants. | |

Defendants Adam Garcia, Todd Renwick, and Ed Rinne, by and through their counsel, Frank H. Roberts, UNR Assistant General Counsel, hereby submit this Erratum to their REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGEMENT, Doc. #133, Docket #176.

Defendants are replacing Exhibit 4 to their Reply in Support of Renewed Motion for Summary Judgment.  Defendants inadvertently attached the wrong affidavit in their originally filed Reply.

DATED this 26th day of April, 2010.

    /s/   Frank Roberts
Assistant General Counsel
University of Nevada
Nevada Bar No. 914
1664 N. Virginia Street/MS 550
Reno, Nevada  89557-0550
(775) 784-3495
(775) 327-2202  fax
*Attorney for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Nevada System of Higher Education, over the age of eighteen years, that I am not a party to the within action, and that on the 26th day of April, 2010, a copy of ERRATUM TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, was delivered by electronic service to the following address by filing same in the Court's CM/ECF electronic filing service:

> MARIE MIRCH, ESQ.
> 444 WEST C STREET, SUITE 320
> SAN DIEGO, CA. 92101
> 2610 BEAUMONT PKWY
> RENO, NV 89523

/s/   Joan Howard
Employee of the University of Nevada, Reno of the Nevada System of Higher Education

# EXHIBIT 4

# EXHIBIT 4

FRANK H. ROBERTS
Assistant General Counsel
University of Nevada, Reno
Nevada Bar No. 916
1664 N. Virginia Street/MS 550
Reno, Nevada 89557-0550
(775) 784-3492
(775) 327-2202--FAX
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANE GROW, an individual, | Case No.: 3:07-cv-00105-LRH-RAM |
| Plaintiff, | |
| vs. | |
| ADAM GARCIA, an individual, TODD RENWICK, an individual, KEVIN YOUNGFLESH, an individual, ED RINNE, an individual, | **AFFIDAVIT OF TODD RENWICK** |
| Defendants. | |

STATE OF NEVADA )
                 ) ss.
WASHOE COUNTY    )

I, TODD RENWICK, do hereby swear under penalty of perjury that the assertions of this affidavit are true except as to those matters stated on information and belief, and that as to such matters I believe them to be true, as follows:

1. I am a Commander with the University of Nevada Police Services and a defendant herein.

2. During the time period of December 2002 through end of 2006, I was the Assistant Director for Police Services. During that time, I made a decision to allow sergeants to bid for their shifts by seniority, or in most cases let them work it out amongst themselves. In November or December 2006, Director Garcia made the decision to revert back to the language in General Order 09-001. Part of this reason was due to a dispute between (then) Sergeants Osowski and Conley

over who had seniority. This came to the Director's attention because Osowski and Conley went to UNR Human Resource Office to have them resolve the dispute. Human Resources then in turn contacted Director Garcia to explain how issues should be resolved when they involve seniority or demotion.

3.   I was asked by Director Garcia regarding the assignments of sergeants and why I was not following General Order 09-001. I explained it was something I had allowed them to do as long as they could work it out themselves, not knowing there was a dispute between Osowski and Conley. The decision to enforce General Order 09-001 had nothing to do with the filing of (then) Sergeant Grow's Federal Lawsuit or any activity by Grow.

4.   During a supervisors meeting in November or December 2006, I communicated to the Sergeants, including Grow and Osowski, which they would be allowed to stay on their previously chosen shifts for the January 2007 rotation, but would have to go by the General Order after that. To make it fair, I told them Sergeants would rotate their shifts in a clockwise rotation. Since July 2007, all rotations have been made in the same clockwise direction and all Sergeants were treated equally.

5.   I had not seen Plaintiff's Exhibit 15, a February 2, 2007 Memorandum from Plaintiff Grow to Lieutenant Youngflesh about Sergeant Grow's attendance of LEEDA training, until April 2010 when it was made an Exhibit to Grow's Opposition to Defendants' Renewed Motion for Summary Judgment. I do recall the LEEDA training. It was mandatory training for all supervisors in UNRPD. Grow was a supervisor. LEEDA is an acronym for the FBI's "Law Enforcement Executive Development Association."

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | FURTHER AFFIANT SAYETH NAUGHT.
2 | DATED this _____ day of April, 2010.

_____
TODD RENWICK

6 | SUBSCRIBED AND SWORN to before me
7 | this _____ day of April, 2010 by
8 | Todd Renwick.

_____
NOTARY PUBLIC

- 3 -